UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR KLEIN,

                Plaintiff,

– against –

AMERICAN EXPRESS CO.,

                Defendant.

**ORDER**

19 Civ. 7612 (ER)

RAMOS, D.J.

      On April 17, 2020, the Court endorsed the parties' stipulation to stay this action pending arbitration. Doc. 26. The Court directs that the parties inform the Court within two days of the outcome of the arbitration.

      It is SO ORDERED.

Dated: April 17, 2020
       New York, New York

                                              Edgardo Ramos, U.S.D.J.